Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
M. Paul Barker (SBN 243986)
paul.barker@finnegan.com
Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Eric K. Chiu (SBN 244144)
eric.chiu@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Plaintiff Cepheid

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEPHEID,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, INC. and F. HOFFMANN-LA ROCHE LTD.,<br><br>Defendants. | CASE NO. 3:12-CV-04411-EMC<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Edward M. Chen |

## CERTIFICATE OF SERVICE

I, Randal J. Holderfield, hereby certify that on August 31, 2012, true and correct copies of the following

- Civil Summons
- Complaint for Declaratory Judgment
- Civil Cover Sheet
- Plaintiffs' Fed. R. Civ. P. 7.1 Disclosure Statement/Local Rule 3-16 Disclosure
- Order Setting Initial Case Management Conference and ADR Deadlines
- Report on the Filing or Determination of an Action Regarding a Patent or Trademark
- Civil Standing Order – General – U.S. District Judge Edward M. Chen
- Civil Standing Order on Discovery – U.S. District Judge Edward M. Chen
- Standing Order for All Judges of the N.D. Cal. – Contents of Joint Case Management Statement
- ECF Registration Handout
- ADR Dispute Resolution Procedures
- Instructions for Completion of ADR Forms
- ADR Certification by Parties and Counsel
- Notice of Need for ADR Phone Conference
- Stipulation and [Proposed] Order Selecting ADR Process
- ADR Neutral Application
- Notice of Availability of Magistrate Judge

were served by the indicated means to the persons at the addresses listed below:

| | |
|---|---|
| ROCHE MOLECULAR SYSTEMS, INC.<br>c/o CT CORPORATION SYSTEM<br>Registered Agent for Service of Process<br>818 W. Seventh Street<br>Los Angeles, California 90017 | ☐ Via First Class Mail<br>☒ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile<br>☐ Via Email |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Palo Alto, California, on September 4, 2012.

[signature]

Randal J. Holderfield
Litigation Legal Assistant