COOLEY LLP
MARK F. LAMBERT (197410)
(mlambert@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
Stephen S. Rabinowitz
(srabinowitz@friedfrank.com)
One New York Plaza
New York, New York 10004
Telephone:   (212) 859-8000
Facsimile:   (212) 859-4000

Attorneys for Defendant
ROCHE MOLECULAR SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CEPHEID,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, INC. and F. HOFFMANN-LA ROCHE LTD.,<br><br>Defendants. | Case No.  CV12-04411 (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF DEADLINE FOR DEFENDANT ROCHE MOLECULAR SYSTEMS, INC. TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT [FRCP 15(a); C.L.R. 6-1(a)]** |

Pursuant to Civil Local Rule 6-1 and Rule 15(a)(3) of the Federal Rules of Civil Procedure (FRCP), this Stipulation and [Proposed] Order is entered into by and between Plaintiff Cepheid and Defendant Roche Molecular Systems, Inc. ("Roche Molecular") by and through their respective counsel.

WHEREAS Cepheid filed its initial Complaint for Declaratory Judgment ("Complaint") on August 21, 2012;

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIP AND PROP'D ORDER TO EXT. TIME TO ANS.
OR RSPD TO COMPLAINT
CV12-04411

1  WHEREAS Cepheid filed its First Amended Complaint for Declaratory Judgment ("Amended Complaint") on September 14, 2012, prior to the due date for Roche Molecular to answer or otherwise respond to the Complaint;

WHEREAS counsel for Roche Molecular requested, and counsel for Cepheid agreed, to extend the time for Roche Molecular to answer or otherwise respond to the Amended Complaint to and including November 2, 2012; and

WHEREAS this stipulation to extend the time for Roche Molecular to answer or otherwise respond to the Amended Complaint will not alter the date of any event or any deadline already fixed by Court order and is therefore in accordance with Civil Local Rule 6-1(a);

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIP AND PROP'D ORDER TO EXT. TIME TO ANS.
OR RSPD TO COMPLAINT
CV12-04411

1  NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

2  The deadline for Roche Molecular to answer or otherwise respond to the Amended
3  Complaint is extended to and including November 2, 2012.

4  **IT IS SO STIPULATED.**

5

6  Dated: September 21, 2012          FINNEGAN, HENDERSON, FARABOW,
                                       GARRETT & DUNNER, LLP

7

8                                      */s/ Erik R. Puknys*
                                       Erik R. Puknys (SBN 190926)
9                                      Attorneys for Plaintiff
                                       CEPHEID
10

11  Dated: September 21, 2012          COOLEY LLP

12                                     */s/ Mark F. Lambert*
                                       Mark F. Lambert (SBN 197410)
13                                     Attorneys for Defendant
                                       ROCHE MOLECULAR SYSTEMS, INC.
14

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

**STIP AND PROP'D ORDER TO EXT. TIME TO ANS.
OR RSPD TO COMPLAINT
CV12-04411**

**FILER'S ATTESTATION PURSUANT TO L.R. 5-1(i)(3)**

I, Mark F. Lambert, attest that concurrence in the filing of this Stipulation and [Proposed] Order Re: Extension of Deadline for Defendant Roche Molecular Systems, Inc. to Answer or Otherwise Respond to First Amended Complaint has been obtained from each of the other Signatories hereto.

Executed this 21st day of September, 2012, at Palo Alto, California.


*/s/ Mark F. Lambert*
Mark F. Lambert (SBN 197410)

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefore;

**IT IS SO ORDERED**.

Dated: September 24, 2012



**STIP AND PROP'D ORDER TO EXT. TIME TO ANS. OR RSPD TO COMPLAINT**
**CV12-04411**

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO