COOLEY LLP
MARK F. LAMBERT (197410)
(mlambert@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400


FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
Stephen S. Rabinowitz
(srabinowitz@friedfrank.com)
Randy Eisensmith (*pro hac vice*)
(reisensmith@friedfrank.com)
One New York Plaza
New York, New York 10004
Telephone:     (212) 859-8000
Facsimile:      (212) 859-4000

Attorneys for Defendant
ROCHE MOLECULAR SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CEPHEID, <br><br> Plaintiff, <br><br> v. <br><br> ROCHE MOLECULAR SYSTEMS, INC. and F. HOFFMANN-LA ROCHE LTD., <br><br> Defendants. | Case No.  CV12-04411 (EMC) <br><br> **STIPULATION AND [PROPOSED] ORDER RE: FURTHER EXTENSION OF DEADLINE FOR DEFENDANT ROCHE MOLECULAR SYSTEMS, INC. TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT [FRCP 15(A); C.L.R. 6-1(B); 6-2(A)]** |

Pursuant to Civil Local Rule 6-1 and 6-2 and Rule 15(a)(3) of the Federal Rules of Civil Procedure (FRCP), this Stipulation and [Proposed] Order is entered into by and between Plaintiff Cepheid and Defendant Roche Molecular Systems, Inc. ("Roche Molecular") by and through their respective counsel.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIP AND PROP'D ORDER TO EXT. TIME TO ANS.
OR RSPD TO COMPLAINT
CV12-04411

1   WHEREAS Cepheid filed its initial Complaint for Declaratory Judgment ("Complaint") on August 21, 2012;

2   WHEREAS Cepheid filed its First Amended Complaint for Declaratory Judgment ("Amended Complaint") on September 14, 2012, prior to the due date for Roche Molecular to answer or otherwise respond to the Complaint;

3   WHEREAS counsel for Roche Molecular requested, and counsel for Cepheid agreed, to extend the time for Roche Molecular to answer or otherwise respond to the First Amended Complaint to and including November 2, 2012;

4   WHEREAS the Parties submitted a Stipulation and Proposed Order re: Extension of Deadline for Defendant Roche Molecular Systems, Inc. to Answer or Otherwise Response to First Amended Complaint [Dkt. 8] on September 21, 2012, which the Court entered as an Order dated September 24, 2012;

5   WHEREAS lead counsel for Defendant Roche Molecular, Stephen Rabinowitz, and Randy Eisensmith of Fried, Frank, Harris, Shriver & Jacobson LLP, requested a further extension of time for Roche Molecular to answer or otherwise respond to the First Amended Complaint due to the prolonged disruption of power and closure of their New York City office in view of Hurricane Sandy, and counsel for Cepheid agreed to extend such time to November 9, 2012; and

6   WHEREAS this stipulation to extend the time for Roche Molecular to answer or otherwise respond to the First Amended Complaint will not alter the date of any event or any deadline already fixed by Court order, other than the November 2, 2012 deadline set forth in the September 24, 2012 Order, this stipulation and the Declaration of Stephen S. Rabinowitz filed herewith is therefore in accordance with Civil Local Rule 6-1(b) and 6-2;

[page break]

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1072836 v2/HN

2.

STIP AND PROP'D ORDER TO EXT. TIME TO ANS. OR RSPD TO COMPLAINT
CV12-04411

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

The deadline for Roche Molecular to answer or otherwise respond to the First Amended Complaint is extended to and including November 9, 2012.

**IT IS SO STIPULATED.**

Dated: October 31, 2012          FINNEGAN, HENDERSON, FARABOW,
                                 GARRETT & DUNNER, LLP


                                 */s/ Erik R. Puknys*
                                 Erik R. Puknys (SBN 190926)
                                 Attorneys for Plaintiff
                                 CEPHEID

Dated: October 31, 2012          COOLEY LLP


                                 */s/ Mark F. Lambert*
                                 Mark F. Lambert (SBN 197410)
                                 Attorneys for Defendant
                                 ROCHE MOLECULAR SYSTEMS, INC.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1072836 v2/HN        3.        STIP AND PROP'D ORDER TO EXT. TIME TO ANS.
                               OR RSPD TO COMPLAINT
                               CV12-04411

**FILER'S ATTESTATION PURSUANT TO L.R. 5-1(i)(3)**

I, Mark F. Lambert, attest that concurrence in the filing of this Stipulation and [Proposed] Order Re: Further Extension of Deadline for Defendant Roche Molecular Systems, Inc. to Answer or Otherwise Respond to First Amended Complaint has been obtained from each of the other Signatories hereto.

Executed this 31st day of October, 2012, at Palo Alto, California.

*/s/ Mark F. Lambert*
Mark F. Lambert (SBN 197410)

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1072836 v2/HN

4.

**STIP AND PROP'D ORDER TO EXT. TIME TO ANS. OR RSPD TO COMPLAINT**
**CV12-04411**

1  [PR~~O~~POSED] ORDER

2  Pursuant to the stipulation of the parties and good cause appearing therefore;

3  **IT IS SO ORDERED**.

4

5  Dated:  11/1/12



United Sta

Judge Edward M. Chen

IT IS SO ORDERED

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1072836 v2/HN

5.

**STIP AND PROP'D ORDER TO EXT. TIME TO ANS.
OR RSPD TO COMPLAINT
CV12-04411**