1   COOLEY LLP
    MARK F. LAMBERT (197410)
2   (mlambert@cooley.com)
    Five Palo Alto Square
3   3000 El Camino Real
    Palo Alto, CA 94306-2155
4   Telephone:    (650) 843-5000
    Facsimile:    (650) 849-7400
5

6   FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
    Stephen S. Rabinowitz
7   (srabinowitz@friedfrank.com)
    Randy Eisensmith (*pro hac vice)*
8   (randy.eisensmith@friedfrank.com)
    One New York Plaza
9   New York, New York 10004
    Telephone:    (212) 859-8000
10  Facsimile:    (212) 859-4000

11  Attorneys for Defendant
    ROCHE MOLECULAR SYSTEMS, INC.
12

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16

17  CEPHEID,                              Case No. CV12-04411 (EMC)

18          Plaintiff,                    **STIPULATION AND [PROPOSED]
                                          ORDER RE: SECOND FURTHER
19      v.                                EXTENSION OF DEADLINE FOR
                                          DEFENDANT ROCHE MOLECULAR
20  ROCHE MOLECULAR SYSTEMS, INC.         SYSTEMS, INC. TO ANSWER OR
    and F. HOFFMANN-LA ROCHE LTD.,        OTHERWISE RESPOND TO FIRST
21                                        AMENDED COMPLAINT [FRCP
            Defendants.                   15(A); C.L.R. 6-1(B); 6-2(A)]**
22

23

24          Pursuant to Civil Local Rule 6-1 and 6-2 and Rule 15(a)(3) of the Federal Rules of Civil

25  Procedure (FRCP), this Stipulation and [Proposed] Order is entered into by and between Plaintiff

26  Cepheid and Defendant Roche Molecular Systems, Inc. ("Roche Molecular") by and through

27  their respective counsel.

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIP AND PROP'D ORDER TO EXT. TIME TO ANS.
OR RSPD TO COMPLAINT
CV12-04411

1        WHEREAS Cepheid filed its initial Complaint for Declaratory Judgment ("Complaint")

2  on August 21, 2012;

3        WHEREAS Cepheid filed its First Amended Complaint for Declaratory Judgment

4  ("Amended Complaint") on September 14, 2012, prior to the due date for Roche Molecular to

5  answer or otherwise respond to the Complaint;

6        WHEREAS counsel for Roche Molecular requested, and counsel for Cepheid agreed, to

7  extend the time for Roche Molecular to answer or otherwise respond to the First Amended

8  Complaint to and including November 2, 2012;

9        WHEREAS the Parties submitted a Stipulation and Proposed Order re: Extension of

10  Deadline for Defendant Roche Molecular Systems, Inc. to Answer or Otherwise Response to First

11  Amended Complaint [Dkt. 8] on September 21, 2012, which the Court entered as an Order dated

12  September 24, 2012;

13        WHEREAS lead counsel for Defendant Roche Molecular, Stephen Rabinowitz, and

14  Randy Eisensmith of Fried, Frank, Harris, Shriver & Jacobson LLP, requested a further extension

15  of time for Roche Molecular to answer or otherwise respond to the First Amended Complaint due

16  to the prolonged disruption of power and closure of their New York City office in view of

17  Hurricane Sandy, and counsel for Cepheid agreed to extend such time to November 9, 2012;

18        WHEREAS the Parties entered into a Stipulation and Proposed Order re: Further

19  Extension of Deadline for Defendant Roche Molecular Systems, Inc. to Answer or Otherwise

20  Response to First Amended Complaint [Dkt. 14] on October 31, 2012, requesting that the Court

21  set November 9, 2012 as the deadline for Roche Molecular's responsive pleading, and the Court

22  issued an Order approving that request on November 1, 2012 (the "November 1, 2012 Order")

23  [Dkt. 15];

24        WHEREAS subsequent to the issuance of the November 1, 2012 Order, Mr. Rabinowitz

25  contacted counsel for Cepheid and requested a further extension of the responsive pleading

26  deadline until November 16, 2012, in view of the continued and prolonged closure of Fried

27  Frank's offices due to storm damage and the general disruption of basic services in the

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1072836 v2/HN      2.           STIP AND PROP'D ORDER TO EXT. TIME TO ANS.
OR RSPD TO COMPLAINT
CV12-04411

1   surrounding area (*see* Declaration of Stephen S. Rabinowitz*, filed herewith*), and counsel for

2   Cepheid graciously agreed to this second further request for extension; and

3           WHEREAS this second further stipulation to extend the time for Roche Molecular to

4   answer or otherwise respond to the First Amended Complaint will not alter the date of any event

5   or any deadline already fixed by Court order, other than the November 9, 2012 deadline set forth

6   in the November 1, 2012 Order, and this stipulation and the Declaration of Stephen S. Rabinowitz

7   filed herewith is therefore in accordance with Civil Local Rule 6-1(b) and 6-2;

8           NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

9           The deadline for Roche Molecular to answer or otherwise respond to the First Amended

10  Complaint is extended to and including November 16, 2012.

11          **IT IS SO STIPULATED.**

12

13  Dated: November 6, 2012              FINNEGAN, HENDERSON, FARABOW,
                                         GARRETT & DUNNER, LLP
14

15                                        */s/ Erik R. Puknys*
                                         ───────────────────────────
16                                       Erik R. Puknys (SBN 190926)
                                         Attorneys for Plaintiff
17                                       CEPHEID

18  Dated: November 6, 2012              COOLEY LLP

19
                                         */s/ Mark F. Lambert*
20                                       ───────────────────────────
                                         Mark F. Lambert (SBN 197410)
21                                       Attorneys for Defendant
                                         ROCHE MOLECULAR SYSTEMS, INC.
22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1072836 v2/HN                           3.

STIP AND PROP'D ORDER TO EXT. TIME TO ANS.
OR RSPD TO COMPLAINT
CV12-04411

1

## FILER'S ATTESTATION PURSUANT TO L.R. 5-1(i)(3)

2

3      I, Mark F. Lambert, attest that concurrence in the filing of this Stipulation and [Proposed]

4   Order Re: Further Extension of Deadline for Defendant Roche Molecular Systems, Inc. to

5   Answer or Otherwise Respond to First Amended Complaint has been obtained from each of the

6   other Signatories hereto.

7      Executed this 6th day of November, 2012, at Palo Alto, California.

8

9

10                                              */s/ Mark F. Lambert*
                                                Mark F. Lambert (SBN 197410)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1072836 v2/HN                                4.

STIP AND PROP'D ORDER TO EXT. TIME TO ANS.
OR RSPD TO COMPLAINT
CV12-04411

1

**[PROPOSED] ORDER**

2 Pursuant to the stipulation of the parties and good cause appearing therefore;

3     **IT IS SO ORDERED**.

4

Dated:    11/7/12

5

6 

7

8                Judge Edward M. Chen

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1072836 v2/HN

5.

**STIP AND PROP'D ORDER TO EXT. TIME TO ANS.
OR RSPD TO COMPLAINT
CV12-04411**