1   COOLEY LLP
    MARK F. LAMBERT (197410)
2   (mlambert@cooley.com)
    LAM K. NGUYEN (265285)
3   (lnguyen@cooley.com)
    Five Palo Alto Square
4   3000 El Camino Real
    Palo Alto, CA  94306-2155
5   Telephone:     (650) 843-5000
    Facsimile:     (650) 849-7400
6

7   FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
    Stephen S. Rabinowitz
8   (srabinowitz@friedfrank.com)
    Randy Eisensmith (*pro hac vice*)
9   (randy.eisensmith@friedfrank.com)
    One New York Plaza
10  New York, New York 10004
    Telephone:     (212) 859-8000
11  Facsimile:     (212) 859-4000

12  Attorneys for Defendant
    ROCHE MOLECULAR SYSTEMS, INC.
13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                SAN FRANCISCO DIVISION

17

18  CEPHEID,                              Case No.  CV12-04411 (EMC)

19              Plaintiff,                **NOTICE OF APPEARANCE**

20       v.

21  ROCHE MOLECULAR SYSTEMS, INC. and
    F. HOFFMANN-LA ROCHE LTD.,
22
                Defendants.
23

24

25       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

26       PLEASE TAKE NOTICE that Lam K. Nguyen of Cooley LLP, 5 Palo Alto Square, 3000

27  El Camino Real, Palo Alto, California, 94306, email: lnguyen@cooley.com, telephone number:

28  (650) 843-5000 and facsimile number: (650) 849-7400, hereby enters his appearance as counsel

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

CV12-04411 (EMC)                    1.          NOTICE OF APPEARANCE OF COUNSEL LAM
                                                NGUYEN ON BEHALF OF ROCHE MOLECULAR
                                                                      SYSTEMS, INC.

1  of record on behalf of Defendant, Roche Molecular Systems, Inc.

2

3  Dated:    November 12, 2012                    COOLEY LLP

4                                                 by:  */s/ Lam K. Nguyen*

5                                                      Lam K. Nguyen

6                                                 Attorneys for Defendant Roche Molecular
   Systems, Inc.

7

8  1075764 v1/HN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

CV12-04411 (EMC)                        2.                    NOTICE OF APPEARANCE OF COUNSEL LAM
                                                              NGUYEN ON BEHALF OF ROCHE MOLECULAR
                                                              SYSTEMS, INC.