COOLEY LLP
Mark F. Lambert (197410)
(mlambert@cooley.com)
Lam K. Nguyen (265285)
(lnguyen@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:     (650) 849-7400

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
Stephen S. Rabinowitz
(srabinowitz@friedfrank.com)
Randy Eisensmith (*Pro Hac Vice*)
(randy.eisensmith@friedfrank.com)
Michael A. Kleinman (*Pro Hac Vice*)
(michael.kleinman@friedfrank.com)
One New York Plaza
New York, New York 10004
Telephone:    (212) 859-8000
Facsimile:     (212) 859-4000

Attorneys for Defendant
ROCHE MOLECULAR SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CEPHEID,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROCHE MOLECULAR SYSTEMS, INC. and F. HOFFMANN-LA ROCHE LTD.,<br><br>　　　　Defendants. | Case No.  3:12-cv-04411 (EMC)<br><br>**DECLARATION OF STEPHEN S. RABINOWITZ IN SUPPORT OF ROCHE MOLECULAR SYSTEMS, INC. 'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Stephen S. Rabinowitz, declare as follows:

1.　　I am an attorney with the law firm of Fried, Frank, Harris, Shriver & Jacobson

LLP, lead counsel for Defendant Roche Molecular Systems, Inc. ("RMS"), and I am admitted to practice law in the state of New York and before this Court. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein. I submit this declaration in support of Roche Molecular Systems, Inc.'s Administrative Motion to File Under Seal.

2. I have reviewed Defendant Roche Molecular Systems, Inc.'s Notice Of Motion And Motion To Stay Counts I & II under the Federal Arbitration Act and Dismiss Counts III & IV Under Federal Rule of Civil Procedure 12(b)(1) ("RMS's Motion") and the exhibits attached to my declaration in support of that motion. RMS moves to place under seal the following documents.

3. Exhibit 2 to the Declaration of Stephen S. Rabinowitz in Support of Defendant Roche Molecular Systems, Inc.'s Notice Of Motion And Motion To Stay Counts I & II Under the Federal Arbitration Act and Dismiss Counts III & IV Under Federal Rule of Civil Procedure 12(b)(1) (the "Rabinowitz Declaration"). This exhibit is a patent license agreement that contains a confidentiality clause requiring the parties to maintain as confidential the terms of the agreement.

4. Exhibits 7, 8, 9, 10 and 11 to the Rabinowitz Declaration. These exhibits are papers submitted to or issued by the Arbitral Tribunal in an arbitration being conducted in Zurich, Switzerland and are being treated as confidential in accordance with guidance issued by the Arbitral Tribunal pending issuance of a procedural order governing confidentiality.

5. Portions of RMS's Motion that disclose confidential information from the above exhibits or relating thereto. RMS has taken care to only redact only the portions of RMS's Motion that reflect sensitive, confidential business information contained in the exhibits.

6. Thus, good cause exists to seal RMS's Motion and the exhibits attached thereto.

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on November 16, 2012 in New York, New York.

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

*/s/ Stephen S. Rabinowitz*
Stephen S. Rabinowitz
Attorneys for Defendant
ROCHE MOLECULAR SYSTEMS, INC.