1  COOLEY LLP
   Mark F. Lambert (197410)
2  (mlambert@cooley.com)
   Lam K. Nguyen (265285)
3  (lnguyen@cooley.com)
   Five Palo Alto Square
4  3000 El Camino Real
   Palo Alto, CA  94306-2155
5  Telephone:     (650) 843-5000
   Facsimile:     (650) 849-7400
6

7  FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
   Stephen S. Rabinowitz
8  (srabinowitz@friedfrank.com)
   Randy Eisensmith (*Pro Hac Vice*)
9  (randy.eisensmith@friedfrank.com)
   Michael A. Kleinman (*Pro Hac Vice*)
10 (michael.kleinman@friedfrank.com)
   One New York Plaza
11 New York, New York 10004
   Telephone:     (212) 859-8000
12 Facsimile:     (212) 859-4000

13 Attorneys for Defendant
   ROCHE MOLECULAR SYSTEMS, INC.
14

15            UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17               SAN FRANCISCO DIVISION

18

19 CEPHEID,                          Case No.  3:12-cv-04411 (EMC)

20           Plaintiff,              **ROCHE MOLECULAR SYSTEMS,**
                                     **INC.'S ADMINISTRATIVE MOTION**
21      v.                           **TO CONTINUE HEARING DATE**
                                     **FOR INITIAL CASE MANAGEMENT**
22 ROCHE MOLECULAR SYSTEMS, INC.     **CONFERENCE AND EXTEND**
   and F. HOFFMANN-LA ROCHE LTD.,    **ASSOCIATED DEADLINES**
23
           Defendants.
24

25        Pursuant to Federal Rule of Civil Procedure 16(b)(4), Civil Local Rules 6-1(b), 6-3, 7-11,

26 and this Court's Standing Orders (*See* Civil Standing Order – General, U.S. District Judge

27 Edward M. Chen, at ¶ 4), Defendant Roche Molecular Systems, Inc. ("RMS") hereby moves this

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No.  3:12-cv-04411 (EMC)
1075779 v5/HN                      1.

ROCHE MOLECULAR'S ADMIN. MTN. TO
CONT. HEARING FOR INITIAL CMC AND
EXTEND ASSOCIATED DEADLINES

1  Court to continue the Initial Case Management Conference (the "Initial CMC"), currently set for

2  November 30, 2012, and extend the associated deadlines set forth in this Court's Order Setting

3  Initial Case Management Conference and ADR Deadlines ("Initial CMC Order").  (ECF No. 3).

4  RMS respectfully submits that the November 30, 2012 date for the Initial CMC can no longer

5  serve a useful purpose in light of the hearing date for RMS's responsive pleading – a motion to

6  stay Counts I and II and to dismiss Counts III and IV of Cepheid's First Amended Complaint

7  (the "Motion to Stay and Dismiss"), currently set for hearing on December 21, 2012 by

8  agreement between the parties.

9      RMS respectfully requests that the Court continue the Initial CMC until after it has had

10  the opportunity to rule on the Motion to Stay and Dismiss.  Roche Molecular further requests that

11  the Court issue a scheduling order setting a new date for the Initial CMC, and related deadlines.

12  This motion is based on the Declaration of Stephen S. Rabinowitz ("Rabinowitz Decl.") filed

13  herewith, the facts and arguments below, the record of the Court, and upon such other matters as

14  may be presented to the Court.

15  **I.      BACKGROUND**

16      Cepheid filed suit against RMS on August 21, 2012.  By Order dated August 21, 2012, the

17  Court set the Initial CMC for November 30, 2012.  (Initial CMC Order, ECF No. 3).  The parties

18  subsequently stipulated three times to extend the time for RMS to file its responsive pleading,

19  once as a matter of convenience for both parties in light of Cepheid's filing of an Amended

20  Complaint on September 14, 2012, and two additional times as a result of the impact on lead trial

21  counsel of Hurricane Sandy.  (ECF No. 9; ECF 15, ECF No. 19).  Pursuant to the parties'

22  stipulation and the Court's Order dated November 6, 2012 (ECF No. 19), RMS's responsive

23  pleading is due on November 16, 2012.

24      On November 8, 2011, following a conversation among counsel concerning ADR

25  compliance, a mutually agreeable hearing date for Roche Molecular's Motion to Stay and

26  Dismiss, and the Initial CMC date, counsel for Cepheid notified Roche Molecular that Cepheid

27  would not stipulate to a proposed order changing the Initial CMC date.  (Rabinowitz Decl. at ¶ 6).

28  Roche Molecular had advised Cepheid that it intended to file a Motion to Stay and Dismiss

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No.  3:12-cv-04411 (EMC)                    2.                    ROCHE MOLECULAR'S ADMIN. MTN. TO
CONT. HEARING FOR INITIAL CMC AND
EXTEND ASSOCIATED DEADLINES

1   relating to all the claims asserted by Cepheid in this action.  (*Id.* at ¶ 4).  Cepheid agreed to a

2   December 21, 2012 or a January 18, 2013 hearing date on RMS's Motion to Stay and Dismiss,

3   but refused to stipulate to a continuance of the Initial CMC.  (*Id.* at ¶ 5-6).

**II.       ARGUMENT**

5       This Court has inherent authority to manage its docket.  Pursuant to Federal Rule of Civil

6   Procedure 16(b)(4) the Court may consent to the modification of a schedule upon a showing of

7   good cause.[1]  RMS's pending Motion to Stay and Dismiss encompasses all of the claims asserted

8   by Cepheid.  It would be a waste of this Court's resources, and the resources of the parties, to

9   conduct an initial case management conference while a motion is pending that could stay or

10  dismiss all of the claims, or may in any event substantially alter the shape of the case.  With

11  pleadings in this case still unsettled, it would be premature and wasteful to go forward with an

12  Initial CMC prior to resolving the state of the pleadings.  If the Court rules in RMS's favor on the

13  Motion to Stay and Dismiss, preparing for and conducting the Initial CMC on November 30

14  would be futile and wasteful.  If the Court rules against RMS, RMS would still need to answer the

15  Amended Complaint and file any counterclaims.  Both scenarios would impact the parties' initial

16  disclosures, compliance timelines for the patent local rules for both parties, and the presentation

17  of the required elements of an initial case management statement.[2]

18      Finally, although Cepheid has refused to stipulate to a continuation of the Initial CMC, it

19  has made no effort to schedule a Rule 26(f) conference or to take any other actions in preparation

20  for an Initial CMC on November 30, 2012.  (Rabinowitz Decl., ¶ 8).  The deadline for conducting

21  the Rule 26(f) conference was November 9, 2012.  Thus, the identification of issues for the Court

---

[1] RMS first appeared in this action on September 21, 2012, when it filed a first stipulation pertaining to the due date for its responsive pleading (ECF No. 7).  Rule 16(b)(2) provides that a court must issue the Rule 16(a) scheduling order "as soon as practical, but in any event within the earlier of 120 days after any defendant has been served with the complaint or 90 days after defendant has appeared."  Issuance of a scheduling order by December 21, 2012 that supersedes the August 21, 2012 Initial CMC Order would be in compliance with Rule 16.

[2] Moreover, Cepheid has filed a motion for alternative service on the other named defendant in this case.  (ECF No. 25).  The Court's decision on Cepheid's motion may also impact or at least inform efficient scheduling in this case.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No.  3:12-cv-04411 (EMC)                3.                ROCHE MOLECULAR'S ADMIN. MTN. TO
CONT. HEARING FOR INITIAL CMC AND
EXTEND ASSOCIATED DEADLINES

1   that is the purpose of Rules 16 and 26 cannot effectively be prepared in advance of the currently

2   scheduled Initial CMC, and conducting the conference would waste judicial resources and the

3   resources of the parties.

4   **III.      CONCLUSION**

5           For the foregoing reasons, RMS respectfully requests that the Court grant this motion.

6   Dated: November 16, 2012                        FRIED, FRANK, HARRIS, SHRIVER &
                                                     JACOBSON LLP
7

8

9                                                   */s/ Stephen S. Rabinowitz*
                                                    _____
10                                                  Stephen S. Rabinowitz
                                                    Attorneys for Defendant
11                                                  ROCHE MOLECULAR SYSTEMS, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No.  3:12-cv-04411 (EMC)                    4.                    ROCHE MOLECULAR'S ADMIN. MTN. TO
                                                                      CONT. HEARING FOR INITIAL CMC AND
                                                                      EXTEND ASSOCIATED DEADLINES

1

## FILER'S ATTESTATION PURSUANT TO L.R. 5-1(i)(3)

2

3      I, Mark F. Lambert, attest that concurrence in the filing of this Stipulation and ROCHE

4   MOLECULAR SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO CONTINUE HEARING

5   DATE FOR INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND ASSOCIATED

6   DEADLINES has been obtained from the Signatory hereto.

7      Executed this 16th day of November, 2012, at Palo Alto, California.

8

9

10                                          */s/ Mark F. Lambert*
                                      Mark F. Lambert (SBN 197410)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28