1    COOLEY LLP
     Mark F. Lambert (197410)
2    (mlambert@cooley.com)
     Lam K. Nguyen (265285)
3    (lnguyen@cooley.com)
     Five Palo Alto Square
4    3000 El Camino Real
     Palo Alto, CA 94306-2155
5    Telephone:    (650) 843-5000
     Facsimile:    (650) 849-7400
6

7    FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
     Stephen S. Rabinowitz
8    (srabinowitz@friedfrank.com)
     Randy Eisensmith (*pro hac vice)*
9    (randy.eisensmith@friedfrank.com)
     Michael A. Kleinman (*pro hac vice admission pending*)
10   (michael.kleinman@friedfrank.com)
     One New York Plaza
11   New York, New York 10004
     Telephone:    (212) 859-8000
12   Facsimile:    (212) 859-4000

13   Attorneys for Defendant
     ROCHE MOLECULAR SYSTEMS, INC.
14

15                   UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                      SAN FRANCISCO DIVISION

18

19   CEPHEID,                                 Case No. 3:12-cv-04411 (EMC)

20                    Plaintiff,              **CERTIFICATE OF SERVICE**

21         v.

22   ROCHE MOLECULAR SYSTEMS, INC.
     and F. HOFFMANN-LA ROCHE LTD.,
23
                      Defendants.
24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:12-cv-04411 (EMC)                              CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE
### (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, and am a member of the bar of this Court. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306-2155. On the date set forth below I served the documents described below in the manner described below:

**REPLY BY DEFENDANT ROCHE MOLECULAR SYSTEMS, INC. IN SUPPORT OF MOTION TO STAY COUNTS I & II UNDER THE FEDERAL ARBITRATION ACT AND DISMISS COUNTS II & IV UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)**

[X] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

[X] (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

**Erik Raymond Puknys**
**M. Paul Barker**
**Robert F. McCauley**
**Tina E. Hulse**
**Finnegan, Henderson, Farabow, Garrett & Dunner, LLP**
**Stanford Research Park**
**3300 Hillview Avenue**
**Palo Alto, CA 94304-1203**
*erik.puknys@finnegan.com*

**Attorneys for Plaintiff Cepheid**

//

//

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Liv Herriot**
**Wilmer Cutler Pickering Hale and Dorr LLP**
**950 Page Mill Road**
**Palo Alto, CA 94304**
*liv.herriot@wilmerhale.com*

**Robert J. Gunther, Jr.**
**Wilmer Cutler Pickering Hale and Dorr LLP**
**7 World Trade Center**
**250 Greenwich Street**
**New York, NY 10007**
*robert.gunther@wilmerhale.com*

**Attorneys for F. Hoffmann-La Roche Ltd.**

Executed on December 7, 2012, at Palo Alto, California.

_____
Lam Nguyen

1082619 v1/HN

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No.  3:12-cv-04411 (EMC)                    1                    **CERTIFICATE OF SERVICE**