UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CEPHEID,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, INC. and F. HOFFMANN-LA ROCHE LTD.,<br><br>Defendants. | Case No. 3:12-cv-04411 (EMC)<br><br>**[PROPOSED] ORDER GRANTING ROCHE MOLECULAR SYSTEMS, INC.'S MOTION FOR PERMISSION TO BRING EQUIPMENT INTO THE COURTROOM** |

The Court being fully advised and having considered Roche Molecular Systems, Inc.'s Motion For Permission To Bring Equipment Into The Courtroom, hereby **GRANTS** counsel for RMS permission to bring into the courtroom of Judge Edward M. Chen at the Federal Courthouse in San Francisco, California (located at 450 Golden Gate Avenue, San Francisco, California) poster boards and easels to use during the hearing on Defendant Roche Molecular Systems, Inc.'s Motion to Stay Counts I & II Under the Federal Arbitration Act and Dismiss Counts II & IV Under Federal Rule of Civil Procedure 12(b)(1).

**IT IS SO ORDERED.**

Dated: 12/19/12

Hon. Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED — Judge Edward M. Chen*

1085540 v1/HN

Case No. 3:12-cv-04411 (EMC)　　1.　　[PROPOSED] ORDER GRANTING ROCHE MOLECULAR SYSTEMS, INC.'S ADMIN. MTN. TO FILE REPLY UNDER SEAL

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO