Robert J. Gunther, Jr.
Robert.Gunther@wilmerhale.com
Wilmer Cutler Pickering
   Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
(212) 230-8888 (fax)

*Attorneys for Defendant
F. Hoffmann-La Roche Ltd.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CEPHEID,

        Plaintiff,

    v.

ROCHE MOLECULAR SYSTEMS, et al,

        Defendants.

Civ. Action No. 12-4411-EMC

NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF F. HOFFMANN-LA ROCHE LTD.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Robert J. Gunther, Jr. of Wilmer Cutler Pickering Hale and Dorr LLP hereby appears as counsel for F. Hoffmann-La Roche Ltd. in this action.

Dated: New York, New York
      December 19, 2012

                                     WILMER CUTLER PICKERING HALE
                                       AND DORR LLP

                                     /s/ Robert J. Gunther, Jr.
                                     Robert J. Gunther, Jr.
                                     7 World Trade Center
                                     250 Greenwich Street
                                     New York, NY 10007

(212) 230-8800
(212) 230-8888 (fax)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2012, a copy of the foregoing was electronically filed. Notice of this filing will be sent to all counsel of record by operation of the Court's Electronic Filing System.

/s/Robert J. Gunther, Jr.
Robert J. Gunther, Jr.
