| | |
|---|---|
| 1 | CEDRIC C. CHAO (CA SBN 76045) |
| | CChao@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 3 | San Francisco, California  94105-2482 |
| | Telephone: (415) 268-7000 |
| 4 | Facsimile:  (415) 268-7522 |
| 5 | Attorneys for Plaintiff Cepheid |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEPHEID, | Case No.   12-cv-04411-EMC |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| ROCHE MOLECULAR SYSTEMS, INC. and F. HOFFMANN-LA ROCHE LTD., | |
| Defendants. | |

NOTICE OF APPEARANCE
CASE NO. 12-cv-04411-EMC
sf-3232745

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Cedric C. Chao of Morrison & Foerster LLP, a member of the State Bar of California (CA SBN 76045) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an additional counsel of record for Cepheid in the above-captioned case.

>   Cedric C. Chao
>   Morrison & Foerster LLP
>   425 Market Street
>   San Francisco, CA 94105-2482
>   Telephone: (415) 268-7000
>   Facsimile: (415) 268-7522
>   Email: CChao@mofo.com

Dated: December 21, 2012　　　　　　　　MORRISON & FOERSTER LLP

By: 　/s/ Cedric C. Chao　　　　　　
　　　Cedric C. Chao

Attorney for Plaintiff Cepheid