# In the United States District Court
# for the Northern District of California
# District Judge Edward M. Chen

## CIVIL MINUTES

**Date:**            December 21, 2012        **Time:** 1:54-2:38
                                              **Court Reporter:** Kathy Wyatt
                                                       (925) 212-5224

**Case No. and Name:**     C12-4411 EMC Cepheid v. Roche Molecular, et al.

**Attorneys:**             Eric Puknys, Cedric Chao, Tina Hulse, and M. Paul Barker for Plaintiff
                           Steve Rabinowitz and Mark Lambert for Defendant Roche

**Deputy Clerk:**          Betty Lee


## PROCEEDINGS:

- Defendants' motion to dismiss/stay  #50


## SUMMARY:

-Court took matter under submission and will issue order.  CMC already set for 1/31/13 at 9:00 a.m.  A joint CMC Statement shall be filed by 1/24/13.