
COOLEY LLP
Mark F. Lambert (197410)
mlambert@cooley.com
Lam K. Nguyen (265285)
lnguyen@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:  (650) 843-5000
Facsimile:   (650) 849-7400

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
Stephen S. Rabinowitz
srabinowitz@friedfrank.com
Randy C. Eisensmith (*Pro Hac Vice*)
randy.eisensmith@friedfrank.com
Michael A. Kleinman (*Pro Hac Vice*)
michael.kleinman@friedfrank.com
One New York Plaza
New York, New York  10004-1980
Telephone:  (212) 859-8000
Facsimile:   (212) 859-4000

Attorneys for Defendant
ROCHE MOLECULAR SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CEPHEID,<br><br>                 Plaintiff,<br><br>    v.<br><br>ROCHE MOLECULAR SYSTEMS, INC. and F. HOFFMANN-LA ROCHE LTD.,<br><br>                 Defendants. | Case No. 3:12-cv-04411-EMC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE PLAINTIFF'S CIVIL L. R. 7-3(d) SUBMISSION** |

1  The matter having been opened to the Court on the motion of plaintiff Cepheid for an Order
2  granting an administrative motion for leave to file a submission pursuant to Civil Local Rule 7-3(d);
3  and the Court having considered Cepheid's submissions and defendant Roche Molecular Systems,
4  Inc.'s opposition thereto, and good cause appearing therefor,

6  **IT IS HEREBY ORDERED** that:
7  Plaintiff's administrative motion is DENIED.  The posthearing statement filed as Docket
8  Number 61-2 shall be stricken from the record.

11  **IT IS SO ORDERED**.

13  Dated: _____     _____
                                         Hon. Edward M. Chen
14                                        United States District Judge

[PROPOSED] ORDER DENYING ADMIN. MOT. FOR LEAVE
TO FILE PL.'S CIV. L. R. 7-3(d) SUBMISSION
CASE NO. 3:12-CV-04411-EMC

1