COOLEY LLP
Mark F. Lambert (197410)
(mlambert@cooley.com)
Lam K. Nguyen (265285)
(lnguyen@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
Stephen S. Rabinowitz
(srabinowitz@friedfrank.com)
Randy Eisensmith (*Pro Hac Vice*)
(randy.eisensmith@friedfrank.com)
Michael A. Kleinman (*Pro Hac Vice*)
(michael.kleinman@friedfrank.com)
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

Attorneys for Defendant
ROCHE MOLECULAR SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CEPHEID,<br><br>  Plaintiff,<br><br>  v.<br><br>ROCHE MOLECULAR SYSTEMS, INC. and F. HOFFMANN-LA ROCHE LTD.,<br><br>  Defendants. | Case No. 3:12-cv-04411 (EMC)<br><br>**[PROPOSED] ORDER GRANTING ROCHE MOLECULAR SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FURTHER CONTINUE HEARING DATE FOR INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND ASSOCIATED DEADLINES** |

The Court being fully advised, having considered Roche Molecular Systems, Inc.'s Administrative Motion to Further Continue Hearing Date for Initial Case Management Conference and Extend Associated Deadlines, any response in opposition thereto, the record, and

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 3:12-cv-04411 (EMC)    1.    **[PROPOSED] ORDER GRANTING ROCHE MOLECULAR'S ADMIN. MTN. TO FURTHER CONT. HEARING AND EXTEND DEADLINES**

1  applicable authorities and evidence, and good cause appearing therefor,

2  **IT IS HEREBY ORDERED** that:

3  The Motion is GRANTED. The Initial Case Management Conference scheduled for January 31, 2013, and all associated deadlines, are continued until after the Court has ruled on Defendant Roche Molecular Systems, Inc.'s Motion to Stay Counts I & II Under the Federal Arbitration Act and Dismiss Counts II & IV Under Federal Rule of Civil Procedure 12(b)(1) ("RMS's Motion to Stay and Dismiss"). At that time the Court will issue an order scheduling the Initial Case Management Conference for the first available date that is 45 days after the Court's ruling on RMS's Motion to Stay and Dismiss. The dates set forth in the Court's Order Granting Roche Molecular Systems, Inc.'s Administrative Motion to Continue Hearing Date for Initial Case Management Conference and Extend Associated Deadlines (ECF No. 36) are hereby vacated.

**IT IS SO ORDERED.**   The CMC is reset from 1/31/13 to 3/14/13 at 9:00 a.m. A joint CMC Statement shall be filed by 3/7/13.

Dated: 1/17/13

Hon. Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

1090712 /HN

Case No. 3:12-cv-04411 (EMC)     2.     **[PROPOSED] ORDER GRANTING ROCHE MOLECULAR'S ADMIN. MTN. TO FURTHER CONT. HEARING AND EXTEND DEADLINES**

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO