Robert J. Gunther, Jr.
Robert.Gunther@wilmerhale.com
Wilmer Cutler Pickering
 Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
(212) 230-8888 (fax)

*Attorneys for Defendant*
*F. Hoffmann-La Roche Ltd.*

UNITED STATES DISTRICT OF CALIFORNIA
NORTHERN DISTRICT OF CALIFORNIA

-------------------------------------------------------X

| | | |
|---|---|---|
| CEPHEID, | : | Case No.: 3:12-cv-04411-EMC |
| Plaintiff, | : | STIPULATION FOR CONTINUED EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT |
| | : | |
| ROCHE MOLECULAR SYSTEMS, et al., | : | |
| Defendants. | : | |

-------------------------------------------------------X

   Pursuant to Civil Local Rule 6-1, this Stipulation is entered into by and between Plaintiff Cepheid and Defendant F. Hoffmann-La Roche Ltd. ("FHLR") by and through their respective counsel.

   WHEREAS Cepheid filed its initial Complaint for Declaratory Judgment on August 21, 2012;

   WHEREAS Cepheid filed its First Amended Complaint for Declaratory Judgment ("Amended Complaint") on September 14, 2012;

   WHEREAS Cepheid and FHLR stipulated [Docket Entry 38] to extend the time for FHLR to respond to the Amended Complaint within 30 days of the Court's decision on Roche

STIPULATION FOR CONTINUED EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT
CASE NO. 12-CV-04411-emc

Molecular System, Inc.'s Motion to Stay Counts I and II Under the Federal Arbitration Act and Dismiss Counts III and IV Under FRCP 12(B)(1) filed on November 16, 2012 ("Motion");

WHEREAS the Court granted the Motion on January 17, 2013 [Docket Entry 68], thereby staying all proceedings as to Counts I and II pending the outcome of the related arbitration proceedings and dismissing, without prejudice, Counts III and IV for lack of subject matter jurisdiction;

NOW, THEREFORE, Cepheid and FHLR hereby stipulate and agree as follows:

1. In view of the Court's Order on the Motion, the deadline for FHLR to respond as to Counts I and II of the Amended Complaint is extended until 30 days after any lifting of the stay with respect to Counts I and II thereof; and

2. In view of the Court's Order on the Motion, there is no need for FHLR to respond as to Counts III and IV of the Amended Complaint as long as those counts remain dismissed. If Counts III and IV are reinstated, however, the deadline for FHLR to respond to Counts III and IV shall be 30 days from the reinstatement date.

Dated: February 11, 2013

WILMER CUTLER PICKERING HALE AND DORR LLP

*/s/ Robert J. Gunther, Jr.*_____
Robert J. Gunther, Jr.

Attorney for Defendant F. Hoffmann-La Roche Ltd.

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

*/s/ Erik R. Puknys*_____
Erik R. Puknys (SBN 190926)

Attorney for Plaintiff Cepheid

STIPULATION FOR CONTINUED EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT
CASE NO. 12-CV-04411-emc

# **FILER'S ATTESTATION PURSUANT TO L.R. 5-1(i)(3)**

I, Robert J. Gunther, Jr., attest that concurrence in the filing of this Stipulation Re: SECOND FURTHER EXTENSION OF DEADLINE FOR DEFENDANT F. HOFFMANN-LA ROCHE LTD. TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT has been obtained from each of the other Signatories hereto.

Executed this 11th day of February, 2013

        */s/ Robert J. Gunther, Jr.*
        Robert J. Gunther, Jr.