Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
M. Paul Barker (SBN 243986)
paul.barker@finnegan.com
Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Tina E. Hulse (SBN 232936)
tina.hulse@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Cedric C. Chao (SBN 76045)
CChao@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

Attorneys for Plaintiff Cepheid

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CEPHEID,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ROCHE MOLECULAR SYSTEMS, INC. and F. HOFFMANN-LA ROCHE LTD.,<br><br>                    Defendants. | CASE NO. 3:12-CV-04411-EMC<br><br>**JOINT NOTICE REGARDING STATUS OF CASE AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1  Plaintiff Cepheid filed this declaratory judgment action on August 21, 2012, seeking, *inter alia*, a declaration that the claims of U.S. Patent Nos. 5,804,375 ("the '375 patent") and 6,127,155 ("the '155 patent") are invalid and that Cepheid has not infringed any valid or enforceable claim of the patents.  Defendant Roche Molecular Systems, Inc. moved to stay Counts I and II related to the '375 patents pending final resolution of a Swiss arbitration between the parties, and moved to dismiss Counts III and IV related to the '155 patent for lack of case or controversy.

On January 17, 2013, the Court issued its Order Granting Defendant's Motion to Stay and Motion to Dismiss ("Order").  Dkt. No. 68.  The Court stayed Counts I and II until further order of this Court, directing the parties to update the Court within 30 days of the issuance of the Arbitral Tribunal's decision on the issue of jurisdiction.  The Court also dismissed Counts III and IV without prejudice.

On the same day, the Court also issued its Order Granting Roche Molecular Systems, Inc.'s Administrative Motion to Further Continue Hearing Date for Initial Case Management Conference and Extend Associated Deadlines.  Dkt. No. 69.  The Court reset the Initial Case Management Conference from January 31, 2013 to March 14, 2013.

Because nothing new of substance has happened in either this case or the pending arbitration since the Court's Order, the parties believe that the Initial Case Management Conference, currently scheduled for March 14, 2013 is not necessary at this time.  The parties respectfully suggest that the Court schedule a Case Management Conference after the parties notify the Court of the Arbitral Tribunal's decision on jurisdiction or of any other event that may affect the case.

By his signature below, Counsel for Plaintiff certifies that Counsel for Defendants concur in the filing of this notice.

Dated: March 5, 2013

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

*/s/ Erik R. Puknys*
Erik R. Puknys

Attorney for Plaintiff Cepheid

WILMER CUTLER PICKERING HALE AND DORR LLP

*/s/ Robert J. Gunther, Jr.*
Robert J. Gunther, Jr.

Attorney for Defendant F. Hoffmann-La Roche Ltd.

COOLEY LLP

*/s/ Mark F. Lambert*
Mark F. Lambert

Attorney for Defendant Roche Molecular Systems, Inc.