1  Erik R. Puknys (SBN 190926)
   erik.puknys@finnegan.com
2  M. Paul Barker (SBN 243986)
   paul.barker@finnegan.com
3  Robert F. McCauley (SBN 162056)
   robert.mccauley@finnegan.com
4  Tina E. Hulse (SBN 232936)
   tina.hulse@finnegan.com
5  FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
6  3300 Hillview Avenue
   Palo Alto, California 94304
7  Telephone:   (650) 849-6600
   Facsimile:   (650) 849-6666
8
   Cedric C. Chao (SBN 76045)
9  CChao@mofo.com
   MORRISON & FOERSTER LLP
10 425 Market Street
   San Francisco, CA 94105-2482
11 Telephone:   (415) 268-7000
   Facsimile:   (415) 268-7522
12
   Attorneys for Plaintiff Cepheid
13

14                 UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

18 | CEPHEID,                              | CASE NO. 3:12-CV-04411-EMC
19 |              Plaintiffs,               | **JOINT NOTICE REGARDING STATUS OF CASE AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**; ORDER RESETTING CMC
20 |        v.                              |
21 | ROCHE MOLECULAR SYSTEMS, INC. and      |
   | F. HOFFMANN-LA ROCHE LTD.,             |
22 |              Defendants.               |
23

24
25
26
27
28

1    Plaintiff Cepheid filed this declaratory judgment action on August 21, 2012, seeking, *inter alia*, a declaration that the claims of U.S. Patent Nos. 5,804,375 ("the '375 patent") and 6,127,155 ("the '155 patent") are invalid and that Cepheid has not infringed any valid or enforceable claim of the patents.  Defendant Roche Molecular Systems, Inc. moved to stay Counts I and II related to the '375 patents pending final resolution of a Swiss arbitration between the parties, and moved to dismiss Counts III and IV related to the '155 patent for lack of case or controversy.

On January 17, 2013, the Court issued its Order Granting Defendant's Motion to Stay and Motion to Dismiss ("Order").  Dkt. No. 68.  The Court stayed Counts I and II until further order of this Court, directing the parties to update the Court within 30 days of the issuance of the Arbitral Tribunal's decision on the issue of jurisdiction.  The Court also dismissed Counts III and IV without prejudice.

On the same day, the Court also issued its Order Granting Roche Molecular Systems, Inc.'s Administrative Motion to Further Continue Hearing Date for Initial Case Management Conference and Extend Associated Deadlines.  Dkt. No. 69.  The Court reset the Initial Case Management Conference from January 31, 2013 to March 14, 2013.

Because nothing new of substance has happened in either this case or the pending arbitration since the Court's Order, the parties believe that the Initial Case Management Conference, currently scheduled for March 14, 2013 is not necessary at this time.  The parties respectfully suggest that the Court schedule a Case Management Conference after the parties notify the Court of the Arbitral Tribunal's decision on jurisdiction or of any other event that may affect the case.

By his signature below, Counsel for Plaintiff certifies that Counsel for Defendants concur in the filing of this notice.

Dated: March 5, 2013

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

*/s/ Erik R. Puknys*
Erik R. Puknys

Attorney for Plaintiff Cepheid


WILMER CUTLER PICKERING HALE AND DORR LLP

*/s/ Robert J. Gunther, Jr.*
Robert J. Gunther, Jr.

Attorney for Defendant F. Hoffmann-La Roche Ltd.


COOLEY LLP

*/s/ Mark F. Lambert*
Mark F. Lambert

Attorney for Defendant Roche Molecular Systems, Inc.


IT IS SO ORDERED that the CMC is reset from 3/14/13 to 6/20/13 at 9:00 a.m.  A Joint CMC Statement shall be filed by 6/13/13.

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)