COOLEY LLP
Mark F. Lambert (197410)
(mlambert@cooley.com)
Lam K. Nguyen (265285)
(lnguyen@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
Stephen S. Rabinowitz
(srabinowitz@friedfrank.com)
Randy Eisensmith (*Pro Hac Vice*)
(randy.eisensmith@friedfrank.com)
Michael A. Kleinman (*Pro Hac Vice*)
(michael.kleinman@friedfrank.com)
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

Attorneys for Defendant
ROCHE MOLECULAR SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CEPHEID,<br><br>  Plaintiff,<br><br>  v.<br><br>ROCHE MOLECULAR SYSTEMS, INC.<br>and F. HOFFMANN-LA ROCHE LTD.,<br><br>  Defendants. | Case No. 3:12-cv-04411 (EMC)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE INITIAL<br>CASE MANAGEMENT<br>CONFERENCE AND EXTEND<br>ASSOCIATED DEADLINES** |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, this Stipulation and [Proposed] Order is entered into by and between Plaintiff Cepheid, Defendant Roche Molecular Systems, Inc., and Defendant F. Hoffmann-La Roche Ltd. by and through their respective counsel.

Case No. 3:12-cv-04411 (EMC)

STIPULATION AND [PROPOSED]
ORDER TO CONTINUE INITIAL CASE
MANAGEMENT CONFERENCE

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1    WHEREAS Plaintiff Cepheid filed this declaratory judgment action on August 21, 2012, seeking, *inter alia*, a declaration that the claims of U.S. Patent Nos. 5,804,375 ("the '375 patent") and 6,127,155 ("the '155 patent") are invalid and that Cepheid has not infringed any valid or enforceable claim of the patents. Defendant Roche Molecular Systems, Inc. moved to stay Counts I and II related to the '375 patent pending final resolution of a Swiss arbitration between the parties, and moved to dismiss Counts III and IV related to the '155 patent for lack of case or controversy.

WHEREAS on January 17, 2013, the Court issued its Order Granting Defendant's Motion to Stay and Motion to Dismiss (the "Stay and Dismissal Order"). ECF No. 68. The Court stayed Counts I and II until further order of this Court, directing the parties to update the Court within 30 days of the issuance of the Arbitral Tribunal's decision on the issue of jurisdiction. The Court also dismissed Counts III and IV without prejudice.

WHEREAS on the same day, the Court also issued its Order Granting Roche Molecular Systems, Inc.'s Administrative Motion to Further Continue Hearing Date for Initial Case Management Conference and Extend Associated Deadlines. ECF No. 69. The Court reset the Initial Case Management Conference from January 31, 2013 to March 14, 2013. On March 5, 2013, the parties filed a joint notice apprising the Court that nothing new of substance had occurred in either this case or the pending arbitration since the Court's Stay and Dismissal Order and suggested that the Court consider rescheduling the Initial Case Management Conference. ECF No. 72. Based on the parties' joint notice, the Court reset the Initial Case Management Conference to June 20, 2013 and ordered the parties to file a Joint CMC Statement by June 13, 2013. ECF No. 73.

WHEREAS the Arbitral Tribunal has not yet issued its decision on jurisdiction as of the filing of this Stipulation and Proposed Order;

WHEREAS the parties respectfully request that the Court continue the Case Management Conference until after the parties have notified the Court of the Arbitral Tribunal's decision on jurisdiction in accordance with the Stay and Dismissal Order. (*See* Declaration of Mark F. Lambert in Support of Stipulation and [Proposed] Order to Continue Initial Case Management

1  Conference and Extend Associated Deadlines, filed herewith.)

2  NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

3  That the Initial Case Management Conference currently scheduled for June 20, 2013 be continued until after the Parties have notified the Court of the Arbitral Tribunal's decision on jurisdiction; and

6  That the date for the parties' filing of the Joint CMC Statement be set in accordance with the Initial Case Management Conference.

8  **IT IS SO STIPULATED.**

9  Dated: June 6, 2013                COOLEY LLP

   */s/ Mark F. Lambert*
   Mark F. Lambert
   Attorneys for Defendant
   ROCHE MOLECULAR SYSTEMS, INC.

14 Dated: June 6, 2013                FINNEGAN, HENDERSON, FARABOW,
                                      GARRETT & DUNNER, LLP

   */s/ Erik R. Puknys*
   Erik R. Puknys
   Attorneys for Plaintiff
   CEPHEID

20 Dated: June 6, 2013                WILMER CUTLER PICKERING HALE AND
                                      DORR LLP

   */s/ Robert J. Gunther, Jr.*
   Robert J. Gunther, Jr.
   Attorneys for Defendant
   F. HOFFMANN-LA ROCHE LTD.

**FILER'S ATTESTATION PURSUANT TO L.R. 5-1(i)(3)**

I, Mark F. Lambert, attest that concurrence in the filing of this STIPULATION AND [PROPOSED] ORDER TO CONTINUE INTIAL CASE MANAGEMENT CONFERENCE AND EXTEND ASSOCIATED DEADLINES has been obtained from each of the signatories hereto.

Executed this 6th day of June, 2013, at Palo Alto, California.

*/s/ Mark F. Lambert*
Mark F. Lambert

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefore;  The CMC is reset for 10/10/13 at 9:00 a.m.  A joint CMC Statement shall be filed by 10/7/13.

**IT IS SO ORDERED**.

Dated: 6/7/13

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

1138322 /HN