Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
M. Paul Barker (SBN 243986)
paul.barker@finnegan.com
Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Tina E. Hulse (SBN 232936)
tina.hulse@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

Attorneys for Plaintiff Cepheid

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CEPHEID,<br><br>             Plaintiffs,<br><br>      v.<br><br>ROCHE MOLECULAR SYSTEMS, INC. and F. HOFFMANN-LA ROCHE LTD.,<br><br>             Defendants. | CASE NO. 3:12-CV-04411-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1 | The Court having reviewed Plaintiff's Administrative Motion to File Under Seal and the Declaration of Tina E. Hulse in Support, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

The following documents, being lodged with the Clerk, shall be filed under seal:

1. Exhibits 1 and 2 to the Joint Notice Regarding Issuance of Arbitral Tribunal's Ruling on Arbitral Jurisdiction, in their entireties.  *

Dated: 9/23/13

_____
Hon. Edward M. Chen
Judge, United States District Court

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

```
Counsel is directed to electronically file the document under seal pursuant to
General Order 62.  Information about electronically filing documents under seal
may be found on the Court's website (http://www.cand.uscourts.gov) as well as
the ECF website for this Court (http://ecf.cand.uscourts.gov/index.html).
```