Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
M. Paul Barker (SBN 243986)
paul.barker@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666

Attorneys for Plaintiff Cepheid

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CEPHEID,<br><br>              Plaintiffs,<br><br>      v.<br><br>ROCHE MOLECULAR SYSTEMS, INC. and F. HOFFMANN-LA ROCHE LTD.,<br><br>              Defendants. | CASE NO. 3:12-CV-04411-EMC<br><br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1    Plaintiff Cepheid filed this declaratory judgment action on August 21, 2012, seeking, *inter alia*, a declaration that the claims of U.S. Patent Nos. 5,804,375 ("the '375 patent") and 6,127,155 ("the '155 patent") are not infringed, are invalid, and are otherwise unenforceable.  Defendant Roche Molecular Systems, Inc. moved to stay Counts I and II related to the '375 patents pending final resolution of a Swiss arbitration between the parties and moved to dismiss Counts III and IV related to the '155 patent for lack of subject matter jurisdiction.  On January 17, 2013, the Court issued its Order Granting Defendant's Motion to Stay and Motion to Dismiss ("Order").  ECF No. 68.  The Court stayed Counts I and II until further order of this Court and dismissed Counts III and IV for lack of subject matter jurisdiction.  With respect to Counts I and II, the Court directed the parties to "update this Court within 30 days of the issuance of the Arbitral Tribunal's decision on the issue of jurisdiction." *Id.* at 8.

   Pursuant to the Order, the parties notified the Court that on August 1, 2013, the International Chamber of Commerce (ICC) International Court of Arbitration issued a letter notifying the parties that the Arbitral Tribunal had rendered a Partial Award on arbitral jurisdiction, dated July 30, 2013. ECF No. 77. The Partial Award included an order concerning jurisdiction, in which the Arbitral Tribunal concluded that it has jurisdiction to decide on the relief sought by the claimants (i.e., Roche Molecular Systems, Inc. and F. Hoffmann-La Roche Ltd.). Cepheid has appealed the Arbitral Tribunal's jurisdictional decision. *Id.*

   In light of the circumstances, the parties do not believe it is appropriate to lift the Court's stay at this time. Cepheid will contact the Court if it believes that a lift of the stay is appropriate.

   Accordingly, the parties respectfully request that the Initial Case Management Conference, currently scheduled for March 3, 2014, be continued until November 10, 2014, or any other date that the Court deems appropriate.  The parties will contact the Court before then if anything of substance occurs in the arbitration that may affect the status of this case.

   By his signature below, Counsel for Plaintiff certifies that Counsel for Defendants concur in the filing of this notice.

| | |
|---|---|
| Dated:  February 24, 2014 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| | */s/ Erik R. Puknys*<br>Erik R. Puknys |
| | Attorney for Plaintiff Cepheid |
| | |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | */s/ Robert J. Gunther, Jr.*<br>Robert J. Gunther, Jr. |
| | Attorney for Defendant F. Hoffmann-La Roche Ltd. |
| | |
| | COOLEY LLP |
| | */s/ Mark F. Lambert*<br>Mark F. Lambert |
| | Attorney for Defendant Roche Molecular Systems, Inc. |

2

JOINT REQUEST TO CONTINUE CMC
CASE NO. 3:12-CV-04411-EMC

1  **[P~~ROPOS~~ED] ORDER**

2  Pursuant to the stipulation of the parties and good cause appearing therefore;

3  The 3/6/14 CMC is reset for 11/13/14 at 9:00 a.m.  A joint CMC Statement shall be filed by 11/6/14.

4  **IT IS SO 2/26 ORDERED**.

6  Dated: _____    _____
                                      
*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

(United States District Court, Northern District of California seal)