1   Erik R. Puknys (SBN 190926)
    erik.puknys@finnegan.com
2   M. Paul Barker (SBN 243986)
    paul.barker@finnegan.com
3   FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
4   3300 Hillview Avenue
    Palo Alto, California 94304
5   Telephone:    (650) 849-6600
    Facsimile:    (650) 849-6666
6

7   Attorneys for Plaintiff Cepheid

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12
    CEPHEID,                              CASE NO. 3:12-CV-04411-EMC
13
                       Plaintiffs,        **JOINT REQUEST TO CONTINUE
14                                        CASE MANAGEMENT
           v.                             CONFERENCE; [PROPOSED] ORDER**
15
    ROCHE MOLECULAR SYSTEMS, INC. and
16  F. HOFFMANN-LA ROCHE LTD.,

17                     Defendants.

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Cepheid filed this declaratory judgment action on August 21, 2012, seeking, *inter alia*, a declaration that the claims of U.S. Patent Nos. 5,804,375 ("the '375 patent") and 6,127,155 ("the '155 patent") are not infringed, are invalid, and are otherwise unenforceable.  Defendant Roche Molecular Systems, Inc. moved to stay Counts I and II related to the '375 patents pending final resolution of a Swiss arbitration between the parties and moved to dismiss Counts III and IV related to the '155 patent for lack of subject matter jurisdiction.  On January 17, 2013, the Court issued its Order Granting Defendant's Motion to Stay and Motion to Dismiss ("Order").  ECF No. 68.  The Court stayed Counts I and II until further order of this Court and dismissed Counts III and IV for lack of subject matter jurisdiction.  With respect to Counts I and II, the Court directed the parties to "update this Court within 30 days of the issuance of the Arbitral Tribunal's decision on the issue of jurisdiction."  *Id.* at 8.

Pursuant to the Order, the parties notified the Court that on August 1, 2013, the International Chamber of Commerce (ICC) International Court of Arbitration issued a letter notifying the parties that the Arbitral Tribunal had rendered a Partial Award on arbitral jurisdiction, dated July 30, 2013. ECF No. 77.  The Partial Award included an order concerning jurisdiction, in which the Arbitral Tribunal concluded that it has jurisdiction to decide on the relief sought by the claimants (i.e., Roche Molecular Systems, Inc. and F. Hoffmann-La Roche Ltd).  Cepheid appealed the Arbitral Tribunal's jurisdictional decision.  *Id.*

On February 24, 2014 the parties jointly requested a continuance of the Case Management Conference.  ECF No. 81.  The Court granted the parties' request and rescheduled the Case Management Conference to November 13, 2014.  ECF No. 82.

On February 28, 2014 the Swiss Federal Court dismissed Cepheid's appeal in its entirety. The Arbitration is proceeding in accordance with the schedule set by the Arbitral Tribunal, which provides for an evidentiary hearing.

In light of the circumstances, the parties do not believe it is appropriate to lift the Court's stay at this time. Cepheid will contact the Court if it believes that a lift of the stay is appropriate.

Accordingly, the parties respectfully request that the Initial Case Management Conference, currently scheduled for March 26, 2015, be continued until September 24, 2015, or any other date

that the Court deems appropriate.  The parties will contact the Court before then if anything of substance occurs in the arbitration that may affect the status of this case.

By his signature below, Counsel for Plaintiff certifies that Counsel for Defendants concur in the filing of this notice.


Dated:  March 12, 2015                       FINNEGAN, HENDERSON, FARABOW,
                                             GARRETT & DUNNER, LLP

                                             */s/ Erik R. Puknys*
                                             Erik R. Puknys
                                             Attorney for Plaintiff Cepheid


                                             WILMER CUTLER PICKERING HALE AND
                                             DORR LLP

                                             */s/ Robert J. Gunther, Jr.*
                                             Robert J. Gunther, Jr.
                                             Attorney for Defendant F. Hoffmann-La Roche Ltd.

                                             COOLEY LLP

                                             */s/ Mark F. Lambert*
                                             Mark F. Lambert
                                             Attorney for Defendant Roche Molecular Systems, Inc.

1

**[PROPOSED] ORDER**

2

      Pursuant to the stipulation of the parties and good cause appearing therefore;

3

The CMC is reset for 9/24/15 at 9:30 a.m. A joint CMC Statement shall be filed by 9/17/15.

4

      **IT IS SO ORDERED**.

5

6

3/13/15

Dated: _____



7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT REQUEST TO CONTINUE CMC
CASE NO. 3:12-CV-04411-EMC