[Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CEPHEID,<br><br>   Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, INC. and F. HOFFMANN-LA ROCHE LTD.,<br><br>   Defendants. | CASE NO. 3:12-CV-04411-EMC<br><br>**RULE 41(a)(1)(A)(ii) STIPULATED DISMISSAL WITH PREJUDICE IN LIGHT OF SETTLEMENT** |

Pursuant to the parties' settlement agreement, Plaintiff Cepheid and Defendants Roche Molecular Systems, Inc., and F. Hoffmann–La Roche Ltd., through their undersigned counsel of record, hereby stipulate to the dismissal with prejudice of the above-captioned action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: August 13, 2018

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

*/s/ Erik R. Puknys*
Erik R. Puknys
Attorney for Plaintiff Cepheid

WILMER CUTLER PICKERING HALE AND DORR LLP

*/s/ Robert J. Gunther, Jr.*
Robert J. Gunther, Jr.
Attorney for Defendant F. Hoffmann-La Roche Ltd.

HUGHES HUBBARD & REED LLP

*/s/ Stephen S. Rabinowitz*
Stephen S. Rabinowitz
Attorney for Defendant Roche Molecular Systems, Inc.



IT IS SO ORDERED
Judge Edward M. Chen

# ECF ATTESTATION

I, Erik R. Puknys, am the ECF User whose ID and password are being used to file the following document: RULE 41(a)(1)(A)(ii) STIPULATED DISMISSAL WITH PREJUDICE IN LIGHT OF SETTLEMENT. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that opposing counsel concurs in this filing.

Dated: August 13, 2018

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

By: */s/ Erik R. Puknys*
    Erik R. Puknys